ST. MATTHEWS GAS & ELECTRIC SHOP, Inc., Appellant, v. VERKAMP CORPORATION, Inc., Appellee.

No. 11753.

United States Court of Appeals
Sixth Circuit.

May 14, 1953.

Denying rehearing 203 F.2d 568.

Before SIMONS, Chief Judge, Mc-ALLISTER and MILLER, Circuit Judges.

PER CURIAM.

Appellant's petition for rehearing, and that the matter be assigned to a day for oral argument, having been considered by the Court;

It is ordered that the motion for oral argument is overruled and the petition for rehearing denied.

NATIONAL LABOR RELATIONS BOARD, Petitioner v. MODERN OPTICS, Inc., Respondent.

No. 14748.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1953.

A. Norman Somers, Asst. Gen. Counsel, N. L. R. B., David P. Findling, Assoc. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

No appearance entered on behalf of respondent.

Before HUTCHESON, Chief Judge, and BORAH and RUSSELL, Circuit Judges.

PER CURIAM.

The motion of the National Labor Relations Board for the summary entry of a decree upon the transcript of record is granted, and a decree for the enforcement of the Board's order will be made accordingly, and may be presented for entry.

Leo Cecil LONES and Onmas Charles Lones, Appellants, v. UNITED STATES of America, Appellee.

No. 14565.

United States Court of Appeals
Fifth Circuit.

Nov. 4, 1953.

J. D. Carroll, Jr., Huntsville, Ala., for appellants.

John D. Hill, U. S. Atty., and M. Lewis Gwathmey, Asst. U. S. Atty., Birmingham, Ala., for appellee.

Before HOLMES and RIVES, Circuit Judges, and KENNAMER, District Judge.

KENNAMER, District Judge.

Appellee's motion for dismissal of appeal is resisted by youthful counsel for the appellants on the plea that failure to comply with Rule 24 of the Rules of this court should be indulged by the court as the not too unexpected performance of a novice in perfecting an appeal from a federal district court.

We are in sympathy with counsel's maiden voyage in the field of federal appellate practice, and therefore his predicament.

In trying to arrive at a just decision in the case, we have made a careful examination of the complete transcript of the proceedings in the trial court for reversable errors. We have found none. Therefore, the motion to dismiss the appeal is overruled and the judgment of the District Court is

Affirmed.